Joshua D. Wayser (SBN 152711)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone:    310.788.4400
Facsimile:    310.788.4471

Attorneys for Federal Deposit Insurance Corporation,
as receiver for Vineyard Bank, National Association

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>VINEYARD NATIONAL BANCORP,<br><br>        Debtor.<br><hr>BRADLEY D. SHARP, AS LIQUIDATING TRUSTEE OF THE LIQUIDATING TRUST OF VINEYARD NATIONAL BANCORP,<br><br>        Plaintiff and Counter-Defendant,<br><br>v.<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, in its capacity as receiver for Vineyard Bank, National Association,<br><br>        Defendant and Counter-Plaintiff. | Chapter 11<br>Case No. 2:10-BK-21661-RN<br>Hon. Richard Neiter<br><br>Adv. Pro. No. 2:10-ap-01815-RN<br><br>**NOTICE OF CONTINUED STATUS CONFERENCE**<br><br>**CONTINUED DATE**<br><br>Date:    June 16, 2011<br>Time:    9:00 a.m.<br>Location: Roybal Federal Building<br>          255 East Temple Street<br>          Los Angeles, CA 90012<br>          Courtroom 1645 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

---

**NOTICE OF CONTINUANCE**

31563840v1_343982-00001

1   **PLEASE TAKE NOTICE** that the Court has continued the status conference in this matter
2   until June 16, 2011 at 9:00 a.m. in courtroom 1645 of the Roybal Federal Building (255 East Temple
3   Street, Los Angeles, CA 90012).

4   Dated:  April 7, 2011                    KATTEN MUCHIN ROSENMAN

                                             By:_____
                                                JOSHUA D. WAYSER
                                                Counsel for FDIC–R

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Katten Muchin Rosenman LLP
2029 Century Park East, Ste. 2600
Los Angeles, CA 90067

A true and correct copy of the foregoing document described as **NOTICE OF CONTINUED STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 7, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On April 7, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Via U.S. Mail
Debtor
Vineyard National Bancorp Liquidating Trust
4000 Barranca Parkway, Suite 250
Los Angeles, CA 90067

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 7, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
**Via Personal Service**
Hon. Richard M. Neiter
United States Bankruptcy Court - Central District of California
255 E. Temple Street, Suite 1652 / Courtroom 1645
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 7, 2011 | Mamie Hardy | /s/ Mamie Hardy |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                              **F 9013-3.1.PROOF.SERVICE**

(Continued)

I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Henkie F Barron    hbarron@winston.com, docketsf@winston.com
- Jon L Dalberg    jdalberg@lgbfirm.com, ncereseto@lgbfirm.com
- John W Kim    jkim@nossaman.com
- Rodger M Landau    rlandau@lgbfirm.com, kmoss@lgbfirm.com
- Hydee J Mulichak    hydee@mulichaklaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Joshua D Wayser    joshua.wayser@kattenlaw.com, kim.johnson@kattenlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE